IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| NICOLE VELAZQUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | 3:12-cv-00442<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 17), filed with an accompanying Memorandum in Support (Doc. No. 18). Defendant states in the Memorandum that "the Commissioner believes that a remand to the Commissioner is warranted for further administrative proceedings and development." (Doc. No. 18 at 1.) Defendant also indicates that Plaintiff's counsel has been contacted and has no objection to the Motion. (Doc. No. 15 at 1.) The Motion is hereby **GRANTED**.

The Court **REVERSES** and **REMANDS** this case to the Commissioner for proceedings consistent with those outlined in Defendant's Memorandum in Support. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this the 30th day of November, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT